MARSHBURN v. ASSOCIATED INDEMNITY CORP.

No. 103P87.

Case below: 84 N.C. App. 365; 319 N.C. 673.

Motion by plaintiffs pursuant to Rule 27, N. C. Rules of App. Procedure, for reconsideration of the petition for review of the decision of the Court of Appeals dismissed 7 July 1987.

PERRY v. PERRY

No. 282PA86.

Case below: 80 N.C. App. 169; 317 N.C. 336.

Motion by plaintiff to dismiss appeal by petition for discretionary review allowed 3 February 1987.

PETERSON v. ALDRIDGE

No. 226A87.

Case below: 85 N.C. App. 171.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 and App. Rule 16(b) as to additional issues denied 7 July 1987.

PETTY v. CITY OF CHARLOTTE

No. 283P87.

Case below: 85 N.C. App. 391.

Petition by defendant (Housing Authority) for discretionary review pursuant to G.S. 7A-31 denied 7 July 1987. Petition by defendant for writ of supersedeas denied and temporary stay dissolved 7 July 1987.

PINEWOOD MANOR MOBILE HOMES, INC. v. N. C. MANUFACTURED HOUSING BD.

No. 246P87.

Case below: 84 N.C. App. 564; 319 N.C. 674.

Motion by plaintiff pursuant to Rule 27, N. C. Rules of App. Procedure for reconsideration of petition for review of the decision of the Court of Appeals dismissed 7 July 1987.